IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION



MAR 1 8 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO: 6:26-CR-30 |
| | § | |
| SCOTT TRIESTE | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## COUNT ONE

Violation: 18 U.S.C. § 1960
(Operation of an Unlicensed
Money Transmitting Business)

From in or about January 2020 and in or about March 2021, the exact dates being unknown, in the Eastern District of Texas, and elsewhere, the defendant, **Scott Trieste**, knowingly conducted, controlled, managed, supervised, directed, or owned all or part of an unlicensed money transmitting business which affected interstate or foreign commerce, and aided and abetted others in doing so in some manner or degree (a) without an appropriate money transmitting license in a State where such operation is punishable as a misdemeanor or a felony under State law, whether or not the defendant knew that the operation was required to be licensed or that the operation was so punishable, and (b) while failing to comply with the money transmitting business registration requirements under 31 U.S.C. § 5330 or regulations prescribed under that section.

In violation of 18 U.S.C. § 1960.

Indictment – Page 1

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Pursuant to 18 U.S.C. § 982(a)(1)

1.      The allegations contained in Count One are realleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant has an interest.

2.      Upon conviction of any violation of 18 U.S.C. § 1960, the defendant, **Scott Trieste**, shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property, pursuant to 18 U.S.C. § 982(a)(1).

3.      The property which is subject to forfeiture, includes but is not limited to the following:

Cash Proceeds

A sum of money equal to $190,734.77 in United States currency, and all interest and proceeds traceable thereto, representing the proceeds of the offense or the amount of property involved in the offense alleged in the indictment, for which the defendant is personally liable;

4.      Pursuant to 21 U.S.C. § 853(p), as incorporated by reference by 18 U.S.C. § 982(b), if any of the forfeitable property, or any portion thereof, as a result of any act or omission of the defendant:

a.  Cannot be located upon the exercise of due diligence;

b.  Has been transferred, or sold to, or deposited with a third party;

c.  Has been placed beyond the jurisdiction of the Court;

d.  Has been substantially diminished in value; or

e.  Has been commingled with other property which cannot be subdivided without difficulty;

Indictment – Page 2

it is the intent of the United States to seek the forfeiture of other property of the defendant up to the value of the above-described forfeitable properties, including, but not limited to, any identifiable property in the name of **Scott Trieste**.

5.      By virtue of the commission of the offense alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 982(a)(1).

All pursuant to 18 U.S.C. § 982(a)(1) and the procedures set forth at 21 U.S.C. § 853, as made applicable through 18 U.S.C. § 982(b)(1).

A TRUE BILL

_____2/18/26_____                                      _____ℛ𝓉𝓂_____
Date:                                                              GRAND JURY FOREPERSON


JAY R. COMBS
UNITED STATES ATTORNEY

_____
EMIL MELCHIOR MIKKELSEN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

UNITED STATES OF AMERICA     §
                                           §

v.                                           §           NO: 6:26-CR-____
                                             §

SCOTT TRIESTE                      §

## NOTICE OF PENALTY

## COUNT ONE

VIOLATION:             18 U.S.C. § 1960
                             Operation of an Unlicensed Money Transmitting Business

PENALTY:               Imprisonment of not more than five (5) years; the greater of a fine not to exceed $250,000, a fine not to exceed two times the gross gain to the Defendant, or a fine not to exceed two times the loss to the victim, or both such imprisonment and fine; and a term of supervised release of not more than three (3) years.

SPECIAL ASSESSMENT: $100.00

Indictment – Page 4